Brian Richard **JORDAN**, Petitioner–Appellant,

v.

Thomas **CORCORAN**, Warden, Respondent–Appellee.

No. 01–6015.

United States Court of Appeals, Fourth Circuit.

Submitted April 27, 2001.

Decided June 7, 2001.

Lisa Jo Sansone, Baltimore, MD, for appellant. John Joseph Curran, Jr., Attorney General, Ann Norman Bosse, Office of the Attorney General of Maryland, Baltimore, MD, for appellee.

Before WILKINS, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Brian Richard Jordan seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Jordan's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Jordan v. Corcoran*, No. CA-00-461-H (D.Md. Dec. 19, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*